UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR70-6-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | **AND JUDGMENT OF FORFEITURE** |
| | ) | |
| MARIA JOSE VARGAS | ) | |

On May 11, 2005, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy to possess with intent to distribute cocaine and marijuana in violation of 21 U.S.C. §841(a)(1) and §846.

On July 22 and 29 and August 5, 2005, the United States published in the <u>Mecklenburg Times</u>, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the affidavit submitted with the government's initial motion for forfeiture, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law: one 1999 Chevrolet Tahoe, VIN

3GNEC18R1XG221464, seized on or about April 18, 2003, in the vicinity of 9710 Commons East Drive, Apt. N, Charlotte, North Carolina.

**Signed: November 3, 2005**

Graham C. Mullen
Chief United States District Judge

3